JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dong Bum Song, et al., | ) CASE NO. CV 10-02017-JST (RNBx) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| United States of America, et al., | ) |
| Defendants. | ) |

On November 3, 2011, the Court issued an order dismissing this case as moot. (Doc. 76.)

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Complaint is dismissed with prejudice.

DATED: November 9, 2011

_____
JOSEPHINE STATON TUCKER
United State District Judge

1